Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                                   Case No.:  09−29392−RG
                                                   Chapter:  13
                                                   Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrew C Borden
   271 Palisades Ave
   Jersey City, NJ 07307

Social Security No.:
   xxx−xx−3966

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:            10/7/09
Time:           09:00 AM
Location:      Courtroom 3E, Martin Luther King, Jr. Federal Buildin, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.


Dated: July 29, 2009
JJW: lc

                                                         James J. Waldron
                                                         Clerk, U. S. Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0312-2          User: lchapman              Page 1 of 1           Date Rcvd: Jul 29, 2009
Case: 09-29392                Form ID: 132                Total Noticed: 11

The following entities were noticed by first class mail on Jul 31, 2009.
db           +Andrew C Borden,    271 Palisades Ave,    Jersey City, NJ 07307-1820
smg           U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
509882023     American Express,    PO Box9815370 B,    El Paso, TX 79998
509882024    +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
509882025     Capital One Auto Finance,    POB 260848,    Plano, TX 75026-0848
509882026    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
509882027    +Citicards MC VISA,    Po Box 6241,    Sioux Falls, SD 57117-6241
509882028    +Fidelity Investment,    P.O. Box 770001,    Cincinnati, OH 45277-0001
509882029    +US Bank Home Mortgage,    PO BOX 20005,    Owensboro, KY 42304-0005
509882030    +Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 31, 2009**                    **Signature:** _Joseph Speetjens_