B9I (Official Form 9I) (Chapter 13 Case) (12/07)                                                                      Case Number 09-29392-RG

# UNITED STATES BANKRUPTCY COURT
## DISTRICT of District of New Jersey

## Notice of Chapter 13 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 13 bankruptcy case concerning the debtor(s) listed below was filed on 7/27/09

You may be a creditor of the debtor. This notice lists important deadlines. You may want to consult an attorney to protect your rights.
All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below
NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Andrew C Borden
271 Palisades Ave
Jersey City, NJ 07307

| Social Security/Taxpayer ID/Employer ID/Other Nos : | United States Bankruptcy Judge: |
|---|---|
| xxx-xx-3966 (Andrew C Borden) | Honorable Rosemary Gambardella |

| Attorney for Debtor(s) (name and address): | Bankruptcy Trustee (name and address): |
|---|---|
| Shmuel Klein | Marie-Ann Greenberg |
| Law Office of Shmuel Klein | Chapter 13 Standing Trustee |
| 113 Cedarhill Avenue | 30 Two Bridges Rd |
| Mahwah, NJ 07430 | Suite 330 |
| Telephone number: (201) 529-3411 | Fairfield, NJ 07004 |
| | Telephone number: 973-227-2840 |

### Meeting of Creditors:

Date: **September 1, 2009**                                            Time: **10:00 AM**
Location: **Office of the US Trustee, Raymond Blvd., One Newark Center, Suite 1401, Newark, NJ 07102-5504**

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

#### Deadline to File a Proof of Claim:

For all creditors (except a governmental unit): **11/30/09**     For a governmental unit: 180 days from date of order for relief: 11 U S C § 502(b)(9)

**Creditor with a Foreign Address:**
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

#### Deadline to File a Complaint Objecting to Determine Dischargeability of Certain Debts: 11/2/09

#### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

#### Filing of Plan, Hearing on Confirmation of Plan
The debtor has filed a plan. The plan or a summary of the plan and notice of confirmation hearing will be sent separately.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| Address of the Bankruptcy Clerk's Office: | For the Court: |
|---|---|
| MLK Jr Federal Building | Clerk of the Bankruptcy Court: |
| 50 Walnut Street | James J Waldron |
| Newark, NJ 07102 | |
| Telephone number: 973-645-4764 | |
| Business Hours: | Date: 7/28/09 |
| 8:30 AM - 4:00 p.m., Monday - Friday (except holidays) | |

A

# CERTIFICATE OF NOTICE

```
District/off: 0312-2        User: lchapman           Page 1 of 1              Date Rcvd: Jul 29, 2009
Case: 09-29392              Form ID: 132             Total Noticed: 11
```

The following entities were noticed by first class mail on Jul 31, 2009.
```
db          +Andrew C Borden,    271 Palisades Ave,    Jersey City, NJ 07307-1820
smg          U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
509882023    American Express,    PO Box9815370 B,     El Paso, TX 79998
509882024   +Capital One,    PO Box 30285    Salt Lake City, UT 84130-0285
509882025    Capital One Auto Finance,    POB 260848,    Plano, TX 75026-0848
509882026   +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
509882027   +Citicards MC VISA,    Po Box 6241,    Sioux Falls, SD 57117-6241
509882028   +Fidelity Investment,    P O. Box 770001,    Cincinnati, OH 45277-0001
509882029   +US Bank Home Mortgage,    PO BOX 20005,    Owensboro, KY 42304-0005
509882030   +Wells Fargo Home Mortgage,    PO Box 14411,    Des Moines, IA 50306-3411
```

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 31, 2009                    Signature:    *[signed] Joseph Speetjens*

A