# Financial Statement

Property Address: 2 BELL COURT SUFFERN NY  HomEq Loan #: 325400554
Is your house listed for sale? Yes (No)  Agent: _____  #: _____
Borrower Name: MAUREEN AMATO  Soc Sec #: 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
Co-Borrower Name: KATHLEEN OREILLY  Soc Sec #: _____
Mailing Address: 2 BELL COURT SUFFERN NY 10901
Total number of Persons at Residence: 7  Number of dependants: 5
Have you contacted credit counseling? (Yes) No  Counselor: ALLIANCE  #: _____

| Asset Type | Estimated Value | Asset Type | Estimated Value | Asset Type | Estimated Value |
|---|---|---|---|---|---|
| Home | $ 475K | 401K | $ 0 | Bonds | $ 0 |
| Checking Acct | $ 60.00 | IRA | $ 0 | Automobile | $ 4000.00 (3) |
| Savings Acct | $ 0 | Stocks | $ 0 | Other Assets | $ 0 |
| Total: | | | | | $ |

| Liability | Payment/Month | Liability | Payment/Month | Liability | Payment/Month |
|---|---|---|---|---|---|
| TMS Mortgage | $ 3000.00 | Auto Insurance | $ 275.00 | Water Sewage | $ 40.00 |
| Other Mortgages | $ 0 | Electric/Heating | $ 200.00 | Health Insurance | $ 0 |
| Property Insurance | $ 200.00 | Telephone | $ 50.00 | Dr/Medicine | $ 30.00 |
| Property Taxes | $ 8,500 | Cable | $ 150.00 | Church/Club dues | $ |
| Child Support | $ 800.00 | Credit Cards | $ 0 | Food | $ 500.00 |
| Alimony | $ 0 | Credit Cards | $ 0 | Clothing | $ 10.00 |
| Auto Loan | $ 0 | Credit Cards | $ 0 | Other | $ |
| Total Monthly Liabilities | | | | | $ |

If you have any mortgage other than HomEq's please provide the following information:

Lien Holder: 0  Phone: _____  Balance: _____

Auto1 (Make): 0  (Model): _____  (Yr): _____

Auto2 (Make): 0  (Model): _____  (Yr): _____

Other Vehicles/Recreational Equipment: 0  Value: _____

| | | |
|---|---|---|
| Borrower Net Monthly Income: | $ 3300.00 | Employer: VANDHAM SEC. INC. NJ |
| Co-Borrower Net Monthly Income: | $ | Employer: |
| Other Income: | $ | Type: |
| Total: | $ 3300.00 | |

I (we) agree that the financial information provided is an accurate statement of my (our) financial status. I (we) understand and acknowledge that any action taken by the lender of my (our) mortgage loan on my (our) behalf will be made in strict reliance on the financial information provided. My (Our) signature(s) below grants the holder of my(our) mortgage the authority to confirm information I (we) have disclosed in this financial statement, to verify that it is accurate by ordering a credit report, and to contact my real estate agent and/or credit counseling service representative.

Submitted this 1st day of November, 2009
By: Maureen Amato  By: _____
Signature of Borrower     Signature of Co-Borrower

Before mailing, make sure you have signed and dated the form and attached a copy of your most recent paystub and bank statements of your checking and/or savings account to it. If you are self-employed, attach a copy of your most recent Federal Tax returns.

## OCCUPANCY / NON-OWNER AFFIDAVIT

It is a condition precedent to obtaining a workout with HomEq, evidenced by the Note on the property referenced above in order to induce Lender to make such workout, I, as workout applicant, represent, understand and agrees as follows:

__✓__   I do <u>currently</u> occupy the Property

_____   I <u>intend</u> to so occupy the Property and that such occupancy shall commence no later than thirty (30) days following the recordation of the mortgage/deed of trust.

_____   I <u>do not intend</u> to occupy the Property. All payment notices and Correspondence should be mailed to me at:

_____

_____

_____

The foregoing statements are true and correct.

_____     _____
&lt;Borrower1&gt;                                                Buyer (if applicable)

_____     _____
&lt;Borrower2&gt;                                                Buyer (if applicable)

## PROPERTY ACCESS FOR APPRAISAL

To be completed by Borrower:

1) Loan #: 325400554

2) Property Address: 2 Bell Court
   Suffern NY 10901

3) Borrower: Maureen Amato

   Day time phone # 845 821 2586    (Mr.)(Mrs.)(Message)

   Work phone # 845 821 2556    (Mr.)(Mrs.)(Message)

Any special instructions: _____

_____

_____

_____

To be completed by HomEq

1) Type of Transaction: _____

2) Type of Appraisal: _____

   ( ) Fannie Mae 219/Freddie Mac 704 (drive-by)
   ( ) Fannie Mae 1004/Freddie Mac 70
   ( ) Fannie Mae 1025/Freddie Mac 72
      ( ) 2 units
      ( ) 3 units
      ( ) 4 units

Order Date: _____    By: _____