| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| Law Office of Shmuel Klein, P C.<br>113 Cedarhill Ave<br>Mahwah, NJ 07430<br>201-529-3411 | **FILED**<br>JAMES J. WALDRON, CLERK<br>APR 1 9 2010<br>U.S. BANKRUPTCY COURT<br>NEWARK, N.J.<br>BY _____ DEPUTY |
| In Re:<br><br>Andrew Borden | Case No.: 09-29392<br>Hearing Date: April 7, 2010<br>Judge: Gambardella<br>Chapter: 13 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**

4-19-10         _____
                U. S. B. J.

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
| --- | --- | --- |

Law Office of Shmuel Klein, P.C. original fee application was for $987.00 upon consent the fee is reduced to $602.00 to be paid through the Chapter 13 plan.

rev 7.1-04 jml

2