Law Office of Shmuel Klein, PC
113 Cedarhill Ave.
Mahwah, NJ 07430
(201) 529-3411

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

_____x

In Re:                                                Chapter 13

Andrew C. Borden                                      Bankruptcy Case # 09-29392

_____x

Upon application by the Law Office of Shmuel Klein PC for allowance for compensation for professional services rendered, as set forth in an application dated February 8, 2011, in the sum of $ 5,736.50, and for actual out-of-pocket expenses in the sum of $ 35.00, for a balance of $ 5,771.50, and Wells Fargo Home Mortgage having agreed to pay $1,000.00 pursuant to a proposed settlement agreement outside of the fee application, the balance of $4,771.50 is to be paid by the Debtor outside of the plan and not through the estate, and a hearing having been held thereon;

ORDERED

The application is granted.

_____          Dated: 5/31/11
ROSEMARY GAMBARDELLA
U.S. BANKRUPTCY JUDGE